# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00616-CV

**In re Roger Wallace Henderson**

### ORIGINAL PROCEEDING FROM BASTROP COUNTY

## M E M O R A N D U M   O P I N I O N

Roger Wallace Henderson seeks a writ of mandamus directing the 335th District Court of Bastrop County to act on his expunction petition. The Court is informed that the petition was denied on August 4, 2006. The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Filed:   November 3, 2006